**Larry DOE, Appellant,**

v.

**DEPARTMENT OF HEALTH, Appellee.**

CASE NO. 1D16–3208

District Court of Appeal of Florida, First District.

Opinion filed January 6, 2017.

Larry Doe, pro se, Appellant.

Nichole Geary, General Counsel, and Sarah Young Hodges, Chief Appellate Counsel, Department of Health, Tallahassee, for Appellee.

PER CURIAM.

Appellee's motion to dismiss is granted, and this appeal is dismissed as moot.

OSTERHAUS, BILBREY, and WINOKUR, JJ., CONCUR.